ALAN H. MacPHERSON (SB# 44286)
STEVEN M. LEVITAN (SB# 148716)
MacPHERSON KWOK CHEN & HEID LLP
1762 Technology Drive, Suite 226
San Jose, California  95110
Phone:  (408) 392-9250
Facsimile:  (408) 392-9262

Attorneys for Plaintiff
B&H MANUFACTURING COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B & H Labeling Systems," <br><br> Plaintiff, <br><br> vs. <br><br> KRAFT FOODS GLOBAL, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 06-CV-00284-AWI-TAG <br><br> **PLAINTIFF'S REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE AND RELATED DATES; ORDER THEREON** <br><br> Date:  June 21, 2006 <br> Time:  9:00 a.m. <br> Place:  U.S. District Court, Bakersfield <br> Before: Magistrate Teresa A. Goldner |

WHEREAS the Complaint in the above-captioned action was filed on March 14, 2006;

WHEREAS, pursuant to F.R.Civ.P. 4(m), the time limit for service of the Complaint is 120 days from the date of filing, which, in this case, is July 12, 2006;

WHEREAS the Complaint has not yet been served by Plaintiff on Defendant because the parties are currently and actively involved in settlement negotiations of the above-captioned dispute which may obviate the need for service and further proceedings;

WHEREAS, by Order of March 17, 2006, the Court has set a formal Scheduling

Conference for June 21, 2006 at 9:00 AM;

Pursuant to F.R.Civ.P. 6(b), Plaintiff, by and through its counsel, hereby makes this request to continue the formal Scheduling Conference, and all related deadlines. Plaintiff requests that the Court continue the date for the formal Scheduling Conference to July 26, 2006 at 9:00 AM, or as soon thereafter as is convenient for the Court. Plaintiff's counsel has discussed this proposed continuance with Defendant's counsel, and Defendant's counsel has represented that Defendant does not object.

DATED: May 22, 2006                                  MacPHERSON KWOK CHEN & HEID LLP
                                                    /s/

                                                    By _____

                                                    Steven M. Levitan,
                                                    Attorneys for Plaintiff
                                                    B&H MANUFACTURING COMPANY, INC.,
                                                    a California corporation doing business as
                                                    "B & H Labeling Systems"

**ORDER**

It is ORDERED that the Initial Scheduling Conference previously set for June 21, 2006 be VACATED and RESCHEDULED to August 3, 2006 at 9:30 a.m, before the Hon. Theresa A. Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield, California 93301.

IT IS SO ORDERED.

Dated:  **May 26, 2006**                              **/s/ Theresa A. Goldner**
**j6eb3d**                                           UNITED STATES MAGISTRATE JUDGE