ALAN H. MacPHERSON (SB# 44286)
STEVEN M. LEVITAN (SB# 148716)
MacPHERSON KWOK CHEN & HEID LLP
1762 Technology Drive, Suite 226
San Jose, California  95110
Phone:  (408) 392-9250
Facsimile:  (408) 392-9262

Attorneys for Plaintiff
B&H MANUFACTURING COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B & H Labeling Systems," <br><br> Plaintiff, <br><br> vs. <br><br> KRAFT FOODS GLOBAL, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 06-cv-00284-AWI-TAG <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE AUGUST 3, 2006 SCHEDULING CONFERENCE AND RELATED DATES** <br><br> Date:  August 3, 2006 <br> Time:  9:30 a.m. <br> Place:  U.S. District Court, Bakersfield <br> Before: Magistrate Theresa A. Goldner |

   WHEREAS the Complaint in the above-captioned action was filed on March 14, 2006;

   WHEREAS, by Order of May 26, 2006, the Court granted Plaintiff's earlier Request for Continuance and set the formal Scheduling Conference for August 3, 2006;

   WHEREAS, pursuant to F.R.Civ.P. 4(d), on June 30, 2006, Defendant agreed to waive service of the Complaint, and to respond to the Complaint within 60 days, by August 29, 2006;

   WHEREAS the parties are currently and actively involved in settlement negotiations of the above-captioned dispute which may obviate the need for further proceedings, including the formal Scheduling Conference;

   THE PARTIES, by and through their counsel, both to permit adequate time for Defendant

to respond to the Complaint and to continue settlement negotiations which may resolve this matter, hereby make this stipulated request to continue the formal Scheduling Conference, and all related deadlines.  The Parties request that the Court continue the date for the formal Scheduling Conference to September 28, 2006 at 9:30 AM, or as soon thereafter as is convenient for the Court.

DATED:  July 10, 2006　　　　　　　　　　MacPHERSON KWOK CHEN & HEID LLP
　　　　　　　　　　　　　　　　　　　　　　　S<small>TEVEN</small> M. L<small>EVITAN</small>


By   /s/
　　　Attorneys for Plaintiff
　　　B&H MANUFACTURING COMPANY, INC.

DATED:  July 10, 2006　　　　　　　　　　KIRKLAND & ELLIS
　　　　　　　　　　　　　　　　　　　　　　　L<small>INDSAY</small> C<small>ASAMASSIMA</small>


By   /s/
　　　Attorney for Defendant KRAFT FOODS
　　　GLOBAL, INC.

**ATTESTATION OF SIGNATURE**

　　　I hereby attest under penalty of perjury that concurrence in the filing of the above stipulation has been obtained from Lindsay Casamassima, counsel for Defendant

DATED:  July 10, 2006　　　　　　　　　　MacPHERSON KWOK CHEN & HEID LLP
　　　　　　　　　　　　　　　　　　　　　　　S<small>TEVEN</small> M. L<small>EVITAN</small>


By   /s/
　　　Attorneys for Plaintiff
　　　B&H MANUFACTURING COMPANY, INC.


　　　Upon stipulation of the parties and good cause appearing therefor, the Initial Scheduling Conference in this matter is rescheduled from August 3, 2006 to September 28, 2006 at 9:30 a.m.

///

///

1  in the chambers of the Hon. Theresa A. Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield,
2  California. A current Joint Scheduling Conference Report shall be filed no later than five court
3  days before the Scheduling Conference.
4
   IT IS SO ORDERED.
5
   Dated:   **July 17, 2006**                             /s/ Theresa A. Goldner
6  **j6eb3d**                                      UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE AUGUST 3, 2006 SCHEDULING CONFERENCE AND RELATED  3
DATES – CASE NO. 06-CV-00284-AWI-TAG