1  ALAN H. MacPHERSON (SB# 44286)
   STEVEN M. LEVITAN (SB# 148716)
2  MacPHERSON KWOK CHEN & HEID LLP
   2033 Gateway Place, Suite 400
3  San Jose, California 95110
   Phone: (408) 392-9250
4  Facsimile: (408) 392-9262
   Email: amacpherson@macpherson-kwok.com
5         slevitan@macpherson-kwok.com

6  Attorneys for Plaintiff and Counterdefendant
   B&H MANUFACTURING COMPANY, INC.
7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  B&H MANUFACTURING COMPANY, INC.,
    a California corporation doing business as          Case No. 06-CV-00284-AWI-TAG
    "B & H Labeling Systems,"
12
                      Plaintiff,                       JOINT STIPULATION AND
13                                                     [_____] ORDER TO VACATE THE
    vs.                                                SETTLEMENT CONFERENCE
14
    KRAFT FOODS GLOBAL, INC., a Delaware               Date: January 24, 2007
15  Corporation,                                       Time: 10:00 a.m.

16                    Defendant.                       U.S. Magistrate Judge Theresa A. Goldner

17  _____
    AND RELATED COUNTERCLAIMS.
18  _____

19

20        IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant

21  B&H MANUFACTURING COMPANY, INC. and Defendant and Counterclaimant KRAFT

22  FOODS GLOBAL, INC., through their designated counsel, that the Settlement Conference

23  scheduled for January 24, 2007 in the above-captioned action be vacated. The parties are

24  currently and actively involved in settlement negotiations which may obviate the need for further

25  proceedings, including the Settlement Conference.

26  ///

27  ///

28  ///

1 | The parties agree to advise the Court if the status of the parties' settlement efforts change
2 | such that a rescheduling of the Settlement Conference is warranted.
3 |
4 | DATED: January 12, 2007                MacPHERSON KWOK CHEN & HEID LLP
5 |
6 |                                        By  /s/ STEVEN M. LEVITAN
                                               Attorneys for Plaintiff and Counterdefendant
7 |                                            B&H MANUFACTURING COMPANY, INC.
8 | DATED: January 12, 2007                KIRKLAND & ELLIS
9 |
10 |
                                          By  /s/ LINDSAY CASAMASSIMA
11 |                                           Attorneys for Defendant and Counterclaimant
                                               KRAFT FOODS GLOBAL, INC.
12 |

### ATTESTATION OF SIGNATURE

I hereby attest under penalty of perjury that concurrence in the filing of the above stipulation has been obtained from Lindsay Casamassima, counsel for Defendant

DATED: January 12, 2007                MacPHERSON KWOK CHEN & HEID LLP

                                       By  /s/ STEVEN M. LEVITAN
                                           Attorneys for Plaintiff and Counterdefendant
                                           B&H MANUFACTURING COMPANY, INC.

IT IS SO ORDERED.

DATED: January 17, 2007                By: _____
                                           UNITED STATES MAGISTRATE JUDGE